950

No. 1025.   Dixie Machine Welding & Metal Works, Inc., *v.* United States.  C. A. 5th Cir.  Certiorari denied.  *Eberhard P. Deutsch* and *René H. Himel, Jr.* for petitioner.  *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Meyer Rothwacks* for the United States.

No. 1028.   Bruzgo et al. *v.* United States.  C. A. 3d Cir.  Certiorari denied.  *Charles Bidelspacher* for petitioners.  *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *John M. Brant* for the United States.  Reported below: —— F. 2d ——; —— F. 2d ——.

No. 1029.   Major Oil Development Co. et al. *v.* United States et al.  C. A. 10th Cir.  Certiorari denied.  *Claire D. Wallace* for petitioners.  *Solicitor General Cox* and *Peter A. Dammann* for the United States et al.

No. 1030.   Great Eastern Color Lithographic Corp. *v.* National Labor Relations Board.  C. A. 2d Cir.  Certiorari denied.  *James E. Birdsall* for petitioner.  *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 1034.   Coleman, Circuit Clerk and Registrar of Lauderdale County, Mississippi, et al. *v.* Kennedy, Attorney General.  C. A. 5th Cir.  Certiorari denied.  *Joe T. Patterson,* Attorney General of Mississippi, *Guy N. Rogers,* Assistant Attorney General, *Peter M. Stockett, Jr.,* Special Assistant Attorney General, *J. A. Covington* and *G. B. Herring* for petitioners.  *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Howard A. Glickstein* for respondent.